PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 09-1466
_____

DOROTHY RHUE ALLEN,
by her Attorney in fact, James Martin,
Individually and as a class representative on behalf
of others similarly situated,
Appellant
v.

LASALLE BANK, N.A;
CENLAR FEDERAL SAVINGS BANK FSB;
FEIN, SUCH, KAHN AND SHEPARD, PC;
JOHN DOE SERVICERS 1-100;
JOHN DOE LAW FIRMS 1-100
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 3-08-cv-02240)
District Judge: Honorable Anne E. Thompson
_____

Argued September 13, 2010

Before: SLOVITER, BARRY, and SMITH
Circuit Judges

ORDER AMENDING OPINION

IT IS ORDERED that the slip opinion in the above case, filed January 12, 2011 be amended as follows:

Page 3, line 3, "Federal Debt Collection Practices Act" should be deleted and replaced by "Fair Debt Collection Practices Act."

By the Court,


 /s/   Dolores K. Sloviter
Circuit Judge

Dated: January 13, 2011